UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY H. SOLVEY,<br><br>          Petitioner,<br><br>   v.<br><br>KEN CLARK,<br><br>          Respondent. | Case No. 1:23-cv-00137-HBK (HC)<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA<br><br>(Doc. No. 1) |

      Petitioner is proceeding on his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. (Doc. No. 1). To the extent discernable, Petitioner challenges his conviction entered by the Superior Court of Los Angeles County. (*Id*. at 1). Los Angeles County is located within the jurisdiction and venue of the Western Division of the United States District Court for the Central District of California.

      Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the petitioner was convicted or where the petitioner is incarcerated. *See* 28 U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). However, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Federal courts in

California generally hear petitions for writ of habeas corpus in the district of conviction. *Favor v. California*, No. 116-CV-01912-DAD-EPG-HC, 2017 WL 2671006, at *1 (E.D. Cal. June 21, 2017) (*citing Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968)).

Thus, the Court finds in its discretion "and in furtherance of justice" the petition should be transferred to the Central District of California. 28 U.S.C. §§ 1404(a), 2241(d). The Court additionally notes, after a review of its own files, that Petitioner also has pending a previously filed federal petition in this Court that appears to challenge the same conviction at case number 1:22-cv-01634-CDB. Under this circumstance the Court would normally construe the instant petition as a motion to amend the previous petition as instructed by the Ninth Circuit. *See Woods v. Carey*, 525 F.3d 886, 889-90 (9th Cir. 2008). However, the Court defers to the Central District of California as to any further action in this matter.

Accordingly, it is **ORDERED**:

1. The Clerk shall transfer this action to the United States District Court for the Central District of California, Western Division; and

2. All future filings shall reference the new case number assigned and shall be filed at:

> United States District Court
> Central District of California
> Western Division
> 255 East Temple Street
> Los Angeles, CA 90012-3332

Dated:   January 31, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2